# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 20-2381-DMG (KS)                                    Date: March 30, 2020

Title   _Brandon Che Lee v. Unknown_

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On March 12, 2020, Plaintiff, a federal prisoner proceeding _pro se_, filed a "criminal complaint" (the "Complaint").  (Dkt. No. 1.)  The complaint does not identify the relief Plaintiff seeks or the laws or constitutional provisions that Plaintiff believes have been violated.  (_See generally id._)  Further, the Complaint consists almost exclusively of allegations that inmates who are not named as defendants either poisoned Plaintiff's food or "fumbled [their] penis[es]" in front of him as well as allegations that, when Plaintiff tried to call his family, he received an automated message informing him that his name and voice do not match.

As such, the complaint violates Rule 8 of the Federal Rules of Civil Procedure and is subject to dismissal for failure to state a claim upon which relief can be granted.  _See_ FED. R. CIV. P. 8; _United States ex rel. Cafasso v. Gen. Dynamics C4 Sys., Inc._, 637 F.3d 1047, 1059 (9th Cir. 2011) (complaint violates Rules 8 if a defendant would have difficulty understanding and responding to it); _see also_ 28 U.S.C. § 1915A(b) (Congress requires district courts to dismiss civil rights complaints brought by prisoners if the court determines that the complaint, or any portion thereof, fails to state a claim upon which relief can be granted).

Also on March 12, 2020, the Court notified Plaintiff that he had failed to pay the filing fee and had not filed a request to proceed _in forma pauperis_.  (Dkt. No. 2.)  More than two weeks have now passed and Plaintiff has not responded to the Court's notification.  Accordingly, because Plaintiff has neither paid the filing fee nor obtained authorization to proceed without prepayment of the fee, **IT IS HEREBY ORDERED that Plaintiff shall show cause, no later than April 20, 2020, why the action should not be dismissed.**

## CIVIL MINUTES – GENERAL

Case No.    CV 20-2381-DMG (KS)                    Date: March 30, 2020

Title      _Brandon Che Lee v. Unknown_

To that end, the Clerk is directed to send Plaintiff a copy of the Central District's civil rights complaint form (CV-66) and a copy of the Central District's form Request to Proceed Without Prepayment of Filing Fees with Declaration in Support (CV-60P).  **To discharge this Order and proceed with his case, Plaintiff must either:  (1) pay the $400 filing fee in full; or (2) file the completed forms, and the necessary documentation, with the Court on or before the April 20, 2020 deadline.**

**Plaintiff's failure to timely comply with this Order will result in a recommendation of dismissal of his case.[1]**

**IT IS SO ORDERED**.

                                                                    :

                                    **Initials of Preparer**    gr

---

[1]      Plaintiff has now filed more than a half dozen complaints involving similar allegations in the past year, all of which have been dismissed for failure to either pay the filing fee or request to proceed _in forma pauperis_.  *See Brandon Che Lee v. Warden et al*, CV 19-9519-DMG (KS), at Dkt. No. 6, p. 2, n. 1 (Jan. 2, 2020) (listing prior cases in which Plaintiff presented similar factual allegations and failed to pay the filing fee or request to proceed _in forma pauperis_).